UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22296-CIV-KING
MAGISTRATE JUDGE P. A. WHITE

ROOSEVELT DOZIER,                      :

    Plaintiff,                         :

v.                                     :
                                                                        REPORT OF
DEBORAH HOLLIS,                        :   MAGISTRATE JUDGE

    Defendant.                         :
_____

    This Cause is before the Court upon the defendant Hollis's Motion to Dismiss. [DE# 16]. Hollis argues, _inter alia_, that the Complaint should be dismissed for insufficiency of service, because neither the United States Attorney nor the Attorney General has been served.

    Hollis is correct that Fed.R.Civ.P. 4(i)(2)(B) provides that service must be made upon the individual federal officer or employee and by mail to the United States Attorney and the Attorney General. Service has not been made according to this rule. Although Hollis has been personally served, no service has been made upon the United States Attorney or the Attorney General.

    Because the plaintiff is proceeding _in forma pauperis_, he is entitled to rely upon the Court to effectuate service. The Court has not completed service as required by Fed.R.Civ.P. 4(i)(2)(B). Simultaneously with this Report, the Undersigned has issued an Order directing the United States Marshal to serve the United States Attorney and the Attorney General.

It is therefore recommended that the Motion to Dismiss [DE# 16] be denied without prejudice.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 23rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Roosevelt Dozier, Pro Se
26025 Risenstar Drive
Wesley Chapel, FL 33544

Amanda A. Kessler, Esq.
United States Attorney's Office
Suite 300
99 N.E. 4th Street
Miami, FL 33132