UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22296-CV-KING/WHITE

ROOSEVELT DOZIER,

    Plaintiff,

v.

DEBORAH HOLLIS,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION, AND DENYING DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE comes before the Court upon Magistrate Judge Patrick A. White's February 23, 2009 Report and Recommendation (D.E. #18), recommending that Defendant's January 26, 2009 Motion to Dismiss (D.E. #16) be denied without prejudice. No objections were filed, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's February 23, 2009 Report and Recommendation (**D.E. #18**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

2. Defendant's January 26, 2009 Motion to Dismiss (**D.E. #16**) be, and the

same is hereby, **DENIED without prejudice**. Defendant is **DIRECTED TO ANSWER** the Complaint within twenty (20) days of the date of this Order.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 13th day of March, 2009.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Magistrate Judge Patrick A. White**

**Roosevelt Dozier, pro se**
26025 Risenstar Drive
Wesley Chapel, FL 33544

*Counsel for Defendant*
**Amanda A. Kessler**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132